**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Nicole Vesota
                Plaintiff,

v.                                    Case No.: 1:21−cv−03574
                                              Honorable Franklin U. Valderrama

Aldi Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 13, 2021:

      MINUTE Entry before the Honorable Franklin U. Valderrama: Plaintiff's motion to adjourn initial status hearing and extension of the deadline of the initial status report [5] is granted. The initial status report deadline set in [4] is hereby extended to 11/16/2021. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.