UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Nicole Vesota, individually and on behalf of all others similarly situated, | 1:21-cv-03574 |
| Plaintiff, | Hon. Judge Franklin U. Valderrama |
| - against - | Notice of Voluntary Dismissal |
| Aldi, Inc., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 4, 2021

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080