## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nicole Vesota

      Plaintiff,

v.               Case No.: 1:21−cv−03574

               Honorable Franklin U. Valderrama

Aldi Inc.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2021:

  MINUTE entry before the Honorable Franklin U. Valderrama: The Court has reviewed Plaintiff's Notice of Voluntary Dismissal [8]. Plaintiff advises that she has dismissed the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The case is accordingly dismissed with prejudice. The Court advises the parties that, generally speaking, Seventh Circuit decisions hold that dismissals "with prejudice" leave the Court without jurisdiction to enforce a settlement agreement. See Shapo v. Engle, 463 F.3d 641, 646 (7th Cir. 2006). The initial joint status due on 11/16/2021 has been stricken. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.